FRANCES CARTELLI, Appellant, *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

Submitted October 24, 1938; decided October 28, 1938.

Motion for leave to appeal as a poor person granted to the extent of permitting appellant to prosecute appeal as a poor person. (See *Siegelbaum* v. *Dowling,* 279 N. Y. 22.)